Decided July 10, 1995

STEVEN P. MILNER *v.* HEIDI MILNER

The plaintiff's petition for certification for appeal from the Appellate Court is dismissed.

*Steven P. Milner,* pro se, in support of the petition.

Decided July 10, 1995

STATE OF CONNECTICUT *v.* FRANCISCO RODRIGUEZ

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 589 (AC 11449), is denied.

*John R. Williams,* in support of the petition.

*Richard F. Jacobson,* assistant state's attorney, in opposition.

Decided July 10, 1995

STATE OF CONNECTICUT *v.* MARVIE BRYE

The defendant's petition for certification for appeal from the Appellate Court, 37 Conn. App. 914 (AC 13254), is granted, limited to the following issue: